JS - 6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES,<br><br>    Plaintiffs,<br><br>    v.<br><br>PRECISION CLIMATE CONTROL, INC.; BABURAJ GANGA DHARAN; THRISIA JOHN THOTTIL; and FRANK EUGENE MORGAN, individuals,<br><br>    Defendants. | Case No. SACV-12-0061-JST (JPRx)<br><br>JUDGMENT ON STIPULATION |

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of the  Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a) Plan"); Board of Trustees of the Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-off Fund ("Dues Fund"); and Board of Trustees of the Sheet Metal Industry Fund of Los Angeles ("Industry Fund") (collectively, the "Plans" or the "Trust Funds"), and the remaining defendants, Frank Eugene Morgan ("Individual Defendant") and Precision Climate Control, Inc. ("Company") (collectively "Defendants"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**, **ADJUDGED AND DECREED** as follows:

1. The Company and the Individual Defendant, Frank Eugene Morgan, are indebted to the Plans in the total amount of $46,432.68 broken down as follows: contributions (including the "Savings Deferral" which are wages deducted from employee paychecks) in the amount of $28,749.76 for the delinquent work months of September 2011 ($8,460.41), October 2011 ($3,489.43), November 2011 ($5,094.56) and December 2011 ($11,705.36); contributions and liquidated damages pursuant to an audit discrepancy in the amount of $1,156.99 for the audit period of July 2007 through July 2011; liquidated damages for late payment of contributions in the amount of $5,749.95; $400.00 in late filing fees; interest in the amount of $2,874.98 and attorney's fees in the amount of $7,500.

2. Judgment is entered in favor of the Plans and against the Company and

Individual Defendant, jointly and severally, in the amount of $46,432.68 for delinquent employee benefit plan contributions pursuant to an audit, liquidated damages accrued pursuant to the audit discrepancy, late filing fees and accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3. This Court retains jurisdiction over this matter through December 31, 2012 to enforce the terms of this judgment, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to amend the judgment based on the terms of the Stipulation.

**IT IS SO ORDERED**.

Dated: May 23, 2012  _____
Hon. Josephine Staton Tucker